UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIFFANY L. SHELLY,

    Plaintiff,

v.                                Case No: 8:22-cv-1930-CEH-TGW

FLORIDA BAR, DSK LAW FIRM,
PAUL F. DALEY, SOCIAL
SECURITY ADMINISTRATION,
FLORIDA DEPARTMENT OF
REVENUE, UNITED STATES
POSTAL SERVICE, BLACKBURN
ELEMENTARY SCHOOL,
TILLMAN ELEMENTARY
SCHOOL, BRADENTON POLICE
DEPARTMENT, MANATEE
COUNTY CLERK OF CIRCUIT
COURT, SAFE CHILDREN
COALITION and DEPARTMENT OF
CORRECTIONS,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on October 4, 2022 (Doc. 6). In the Report and Recommendation, Magistrate Judge Wilson recommends that the complaint be denied without prejudice to the plaintiff filing an amended complaint within 14 days, and the application to proceed *in forma pauperis* be deferred. Plaintiff was furnished a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 6) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice.

(3) Plaintiff is granted leave to file an amended complaint within fourteen (14) days from the date of this Order. Failure to file an amended complaint within the time provided will result in this matter being dismissed without further notice from the Court.

(4) A ruling on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is DEFERRED until the Court has reviewed Plaintiff's amended complaint.

**DONE AND ORDERED** at Tampa, Florida on October 24, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record